UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SONJA WALCOTT, | ) | |
| | ) | Case No. 3:20-CV-00143-JAM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Jeffrey A. Meyer |
| | ) | Judge Presiding |
| PARAMOUNT MORTGAGE GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PARAMOUNT'S CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant, Paramount Mortgage Group, Inc. ("Paramount"), by its attorneys, moves unopposed pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b) for an extension of the time allowed for it to respond to the complaint in this action, for the reasons that follow:

1. On or about January 31, 2020, Sonja Walcott ("Plaintiff") filed her Complaint.

2. Paramount was served with Complaint on February 12, 2020, and its response is currently due on March 4, 2020.

3. Counsel for Paramount was retained on February 28, 2020 and his appearance was filed on that date.

4. Counsel for Plaintiff has agreed to an extension of time for Paramount to respond to the Complaint up to and including March 18, 2020.

5. This motion has not been filed for purposes of delay, and Paramount requests additional time to respond to assess the allegations and claims in the Complaint, confer with its counsel, and evaluate potential settlement possibilities with Plaintiff.

6. No party would be unduly prejudiced if the Court grants Paramount an extension of time to respond to the Complaint.

7. This is Paramount's first request for an extension of time.

8. Therefore, Paramount respectfully requests an extension of time, up to and including March 18, 2020, to answer or otherwise plead to the Complaint.

WHEREFORE, Paramount respectfully requests that the Court grant its motion, and allow it an extension of time in which to file its response to the Complaint up to and including March 18, 2020, and that the Court provide such further relief as it deems just and proper.

Dated:  March 2, 2020                    Respectfully submitted,

**PARAMOUNT MORTGAGE GROUP, INC.,**

By its Attorneys,

*/s/ Jeffrey J. Hardiman*
Jeffrey J. Hardiman, Esq. Bar No. 24355
1070 Main Street, Suite 200
Pawtucket, RI  02860
401-217-8722 ph.
401-217-8702 fax
jeffrey.hardiman@brockandscott.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 2, 2020, a copy of the foregoing was delivered by ecf notification to the following:

David Lavery, Esq.
Connecticut Fair Housing Center
60 Popieluszke Court
Hartford, CT  06106

*/s/ Jeffrey J. Hardiman*
Jeffrey J. Hardiman