UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SONJA WALCOTT, | ) | |
| | ) | Case No. 3:20-CV-00143-JAM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Jeffrey A. Meyer |
| | ) | Judge Presiding |
| PARAMOUNT MORTGAGE GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PARAMOUNT'S SECOND CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant, Paramount Mortgage Group, Inc. ("Paramount"), by its attorneys, moves unopposed pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b) for an extension of the time allowed for it to respond to the complaint in this action, for the reasons that follow:

1. On or about January 31, 2020, Sonja Walcott ("Plaintiff") filed her Complaint.

2. Paramount was served with Complaint on February 12, 2020, and by prior consent motion, this Court granted an extension for Paramount to respond through March 18, 2020.

3. The parties have exchanged settlement offers and continue to work towards a potential amicable resolution of this matter which will negate the need for a response or further litigation.

4. Counsel for Plaintiff has agreed to an extension of time for Paramount to respond to the Complaint up to and including April 1, 2020 while the parties explore the possibility for settlement.

5. This motion has not been filed for purposes of delay, and no party would be unduly prejudiced if the Court grants Paramount an additional extension of time to respond to the Complaint.

6. This is Paramount's second request for an extension of time.

7. Therefore, Paramount respectfully requests an extension of time, up to and including April 1, 2020, to answer or otherwise plead to the Complaint.

WHEREFORE, Paramount respectfully requests that the Court grant its motion, and allow it an extension of time in which to file its response to the Complaint up to and including April, 2020, and that the Court provide such further relief as it deems just and proper.

Dated:  March 17, 2020                                     Respectfully submitted,

**PARAMOUNT MORTGAGE GROUP, INC.,**

By its Attorneys,

*/s/ Jeffrey J. Hardiman*
Jeffrey J. Hardiman, Esq. Bar No. 24355
1070 Main Street, Suite 200
Pawtucket, RI  02860
401-217-8722 ph.
401-217-8702 fax
jeffrey.hardiman@brockandscott.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 17, 2020, a copy of the foregoing was delivered by ecf notification to the following:

Jessica Labrencis, Esq.
David Lavery, Esq.
Connecticut Fair Housing Center
60 Popieluszke Court
Hartford, CT  06106

*/s/ Jeffrey J. Hardiman*
Jeffrey J. Hardiman